# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| KEESHA BLEVINS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:17-CV-00348 |
| | ) JURY TRIAL DEMANDED |
| SCOTT COUNTY, TENNESSEE; | ) |
| AMY NICELY; BRITTNEY BROWN; | ) |
| CINDY BERTRAM, ERIN WASHAM | ) |
| and unknown John and Jane Doe | ) |
| jail officers, | ) |
| | ) |
| and | ) |
| | ) |
| ADVANCED CORRECTIONAL | ) |
| HEALTHCARE ("ACH"); EDWARD W. | ) |
| CAPPARRELLI, M.D. and **John** and | ) |
| Jane Doe medical personnel | ) |
| | ) |
| Defendants. | ) |

_____

## STIPULATION OF DISMISSAL

Come the parties, by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41 and hereby stipulate the dismissal of this action without prejudice with each party to bear his or its own attorney's fees and discretionary costs. The parties hereby represent that this action is not subject to Federal Rules of Civil Procedure 23, 66 or any other applicable federal statute prohibiting its dismissal.

RESPECTFULLY SUBMITTED this 24th day of May, 2019

        TAYLOR & KNIGHT, GP

        */s/Arthur F. Knight, III*
        Arthur F. Knight, III, BPR No. 016178
        Jonathan Swann Taylor, BPR No. 025094
        800 South Gay Street, Suite 600
        Knoxville, Tennessee 37929
        Phone: 865-971-1701

amber@taylorknightlaw.com
*Attorney for Defendants Scott County, TN, Amy Nicely, Brittney Brown, Cindy Bertram and Erin Washam*

LONDON AMBURN, P.C.

*s/Jason H. Long (with permission)*
Jason H. Long, BPR No. 018088
607 Market Street, Suite 900
Knoxville, TN 37902
Phone: (865) 637-0203
Fax: (865) 637-4850
*Attorney for Defendants Advanced Correctional Healthcare and Edward W. Capparelli, M.D.*

COLLINS & DOOLAN, PLLC

*s/ Richard E. Collins, II (with permission)*
Richard E. Collins, II, BPR No. 024368
422 S. Gay Street, Suite 301
Knoxville, TN 37902
865-522-9942
Fax: 865-522-9945
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 24, 2019 a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served via regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                      */s/Arthur F. Knight, III*
                        Arthur F. Knight, III